DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRONE DONTE RYNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1973

_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Tyrone Donte Rynes, pro se.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.